In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00090-CV
_____

**LARRY D. PREWITT AND DEBORAH D. PREWITT, Appellants**

**V.**

**JACKIE NEIL NORSWORTHY, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 33060**

**ORDER**

In their brief on appeal, appellants Larry D. Prewitt and Deborah D. Prewitt urge that the trial court erred in failing to make findings of fact and conclusions of law and they request an abatement of the appeal for entry of findings. *See* Tex. R. App. P. 44.4(a). Appellee Jackie Neil Norsworthy suggests the error did not prevent appellants from properly presenting their case to the Court of Appeals because appellants challenge each of appellee's multiple theories of recovery in their brief. *See* Tex. R. App. P. 44.1(a)(2). After reviewing the parties' briefs and

1

the appellate record, we conclude that findings of fact and conclusions of law are necessary for the proper presentation of the appeal and the trial court can correct its failure to act by making written findings of fact and conclusions of law that will assist this Court's decision in the appeal. *See* Tex. R. App. P. 44.4(b).

We abate the appeal and remand the case to the trial court for entry of findings of fact and conclusions of law. *See* Tex. R. Civ. P. 297. The trial court shall allow the parties ten days after the trial court signs its findings of fact and conclusions of law to request additional findings and conclusions. *See* Tex. R. Civ. P. 298. The appeal is abated and all appellate timetables are suspended while the case is before the trial court. A supplemental record, including any findings of fact made by the trial court and the trial court's conclusions of law, any additional findings and conclusions requested by the parties, and any additional or amended findings and conclusions made by the trial court, shall be filed with the Court of Appeals by September 14, 2015. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed. After reinstatement of the appeal, the parties may file supplemental briefs addressing the trial court's findings of fact and conclusions of law. The supplemental brief of the appellants shall be due thirty days after the supplemental clerk's record is filed

with the Court of Appeals. The supplemental brief of the appellee shall be due thirty days after the appellants file their supplemental brief.

ORDER ENTERED August 13, 2015.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.